AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

JEFFERY WEBB, Individually and on
Behalf of All Others Similarly Situated

*Plaintiff(s)*

v.

Civil Action No. 4:20-cv-377-LPR

XPO LOGISTICS MANUFACTURING, LLC

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

XPO LOGISTICS MANUFACTURING, LLC
c/o Registered Agent Solutions, Inc.
4250 North Venetian Lane
Fayetteville, Arkansas 72703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Josh Sanford
SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford, Suite 411
Little Rock, Arkansas 72211
501-221-0088; josh@sanfordlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES W. McCORMACK
CLERK OF COURT

Date: April 3, 2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:20-cv-377-LPR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* XPO LOGISTICS MANUFACTURING, LLC was received by me on *(date)* Apr 7, 2020, 12:44 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* MARIA MARTA, who is designated by law to accept service of process on behalf of *(name of organization)* REGISTERED AGENT SOLUTIONS, INC., THE REGISTERED AGENT FOR XPO LOGISTICS MANUFACTURING, LLC, on *(date)* Tue, Apr 07, 2020 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 4/7/2020

*Dana Martin*
*Server's signature*

Dana Martin - Process Server
*Printed name and title*

P. O. Box 11032, Fayetteville, AR 72703
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 7, 2020, 2:00 pm at 4250 N. VENETIAN LN., FAYETTEVILLE, AR 72703 received by XPO LOGISTICS MANUFACTURING, LLC, BY DELIVERING TO ITS REGISTERED AGENT, REGISTERED AGENT SOLUTIONS, INC., WHERE THE DOCUMENT WAS ACCEPTED BY, MARIA MARTA, DESIGNATED AGENT FOR SERVICE FOR PROCESS.

DELIVERED TO THE ABOVE-NAMED WAS A SUMMONS IN A CIVIL ACTION, ORIGINAL COMPLAINT - COLLECTIVE ACTION AND CONSENT TO JOIN COLLECTIVE ACTION.